```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| BHAVIKA APPARELS PVT. LTD., <br><br> Plaintiff, <br><br> -v- <br><br> LOUISE PARIS, LTD., <br><br> Defendant. | 23-cv-6177 (JSR) <br><br> ORDER |

JED S. RAKOFF, U.S.D.J.:

On February 8, 2023, counsel informed the Court that the parties have executed a settlement agreement and have requested 90 days to consummate it. To effectuate the settlement, the Court hereby dismisses this case with prejudice, with leave to any party to move within 90 days from the date hereof to reopen the case and proceed to trial if the settlement is not fully effectuated. The Court will not grant any adjournments of that 90-day deadline. The Clerk is respectfully directed to close document 19 on the docket and to close this case.

SO ORDERED.

New York, NY
February 8, 2024

_____
JED S. RAKOFF, U.S.D.J.

1