UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
**BHAVIKA APPARELS PVT. LTD.,**

                **Plaintiff,**   23 Civ. 6177 (JSR)

  -against-

**LOUISE PARIS, LTD.,**

                **Defendant.**
------------------------------------------------------X

## STIPULATION AND ORDER OF DISCONTINUANCE

Plaintiff having filed its Complaint in this matter, and Defendant having filed its Amended Answer, and the parties being desirous of settling the controversy among them, it is:

**ORDERED, ADJUDGED AND DECREED** among the parties as follows:

1. This Court has jurisdiction over the subject matter of this action, and this Court has personal jurisdiction over the parties to this action.

2. The parties having entered into a Settlement Agreement, this action is discontinued with prejudice, subject to Paragraph 3 below, with each party to bear its own costs and attorneys' fees.

3. This Court shall retain jurisdiction over this matter for the purpose of enforcement of the Settlement Agreement entered into by the parties hereto, with the Settlement Agreement to be filed with the Court if required for the retention of jurisdiction.

                                            _____
                                                  U.S.D.J.

Dated:  New York, New York

        _____, 2024